1:25MJ-119-HBB

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian Coyt, having been duly sworn, state;

1. I make this affidavit in support of an application under Rule 4.1 of the Federal Rules of Criminal Procedure for a complaint charging Zaire P. O'Neal-Gillard (hereafter "**ONEAL-GILLARD**") and Andrea Cooks (hereafter "**COOKS**") with 18 U.S.C § 371 (Conspiracy to Commit Offense or Defraud the United States) and 18 U.S.C. § 510(b) (Possession of Stolen Treasury Checks).

2. I am a U.S. Postal Inspector (USPI) with the United States Postal Inspection Service (USPIS). By virtue of my employment with USPIS, I am further authorized to conduct investigations into crimes in violation of 18 U.S.C § 371 and 18 U.S.C. § 510(b). In addition, I am a federal law enforcement officer within the meaning of 18 U.S.C. § 2510(7) and empowered to conduct investigations and make arrests.

3. I have been a U.S. Postal Inspector since June 2019 and am currently assigned to the Bowling Green, KY Domicile, Pittsburgh Division. Prior to being a Postal Inspector I was a Special Agent with the Federal Protective Service, U.S. Department of Homeland Security from December 2010 until June 2019. From October 2015 to June 2019, I was detailed as a Task Force Officer to the Federal Bureau of Investigation, Joint Terrorism Task Force. From September 2007 to December 2010, I was employed as a Trooper with the Kentucky State Police. From April 2003 to October 2006, I served as a Special Agent on active duty with the U.S. Army Criminal Investigation Command and again as a reserve Special Agent from April 2008 to May 2013 in the U.S. Army Reserves. I have experience conducting numerous investigations, including the following matters: narcotics, mail fraud, mail theft, money laundering, terrorism, crimes against

persons, and crimes against property, and, among other things, have conducted or participated in surveillances, the execution of search warrants, and reviews of taped conversations.

4. The statements contained in this affidavit are based in part on information I have learned through my own investigation, experience, and background. The statements are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. This affidavit is being submitted for the purpose of a criminal complaint, and I have not included every fact known to me concerning this investigation. This affidavit is submitted in support of a criminal complaint and application for an arrest warrant charging **ONEAL-GILLARD** and **COOKS** with 18 U.S.C § 371 (Conspiracy) and 18 U.S.C. § 510(b) (Possession of Stolen Treasury Checks).

## Facts Establishing Probable Cause

5. I have received numerous complaints involving criminal activities involving the theft of mail matter in my area of operation (AOR) in Western Kentucky, which have included the theft of U.S. Treasury checks stolen elsewhere in the United States and attempted to have been cashed in my AOR. Postal Inspectors continuously receive complaints of mail theft from United States Postal Service (USPS) collection boxes, private mailboxes owned by USPS customers, and thefts perpetrated by USPS employees. The occurrence of mail theft has been on the rise both locally and nationally. Due to theft of mail, there has been an increase in check fraud involving individuals and businesses located throughout the United States. U.S. Mail is frequently stolen and pilfered in search of business checks, personal checks, and U.S. Treasury checks.

6. Many times, I have experienced the perpetrators of mail/check thefts as having traveled from Western Tennessee, specifically Memphis, TN, and from the Atlanta, GA area.

Other investigators with the USPIS Bowling Green, KY Domicile have conducted multiple mail/check theft investigations with ties to metropolitan areas, specifically Chicago, IL and New York, NY.

7. On July 25, 2025, at approximately 4:50 P.M., I was exiting the Bowling Green, KY U.S. Post Office (PO) and Sorting Distribution Center on the south side of the building where USPS employees park their personal vehicles. Immediately upon exiting, I observed a silver crossover-style vehicle (hereafter "Suspect Vehicle"), later described as a 2024 Volkswagen Taos, Georgia license plate # SIS0567, Vehicle Identification Number (VIN) ▆▆▆▆▆▆▆▆▆▆▆▆ backing into a parking space on the south side of the building with a Georgia license plate. A black female, later identified as **COOKS**, exited the front passenger seat of the vehicle and passed me. I immediately detected the odor of marijuana emitting from her person. I observed a black male driver, later identified as **ONEAL-GILLARD** who remained inside the vehicle.

8. Besides detecting the odor of marijuana, several factors drew my suspicion. I know, based on training and experience, narcotics traffickers often mail the proceeds of narcotics trafficking late in the afternoon. This is being done to shorten the amount of time a parcel is in the possession of parcel carriers at a single location prior to shipment. Senders of such parcels believe that the parcel is more likely to be identified by law enforcement officials as containing narcotics or the proceeds of selling narcotics the longer it sits at one location prior to shipping. Additionally, narcotics traffickers will often mail drug-laden parcels or the parcels containing the proceeds of narcotics trafficking at post offices away from their primary residence to further risk detection or seizure of said parcels. Additionally, I knew it was later in the afternoon and ample customer parking was available in the front parking lot, closest to the retail lobby.

9. Based on these suspicious indicators, I decided to observe the transaction. **COOKS** was observed at the retail counter with a large amount of suspected U.S. currency in her hand. Additionally, I observed what appeared to be a U.S. Treasury check in her hand. I motioned the USPS clerk to the side of the retail counter where I asked what type of transaction was being conducted. The clerk stated **COOKS** wanted to cash a check but was unsure if enough money was available in her drawer to complete the transaction. I asked the clerk to request identification from **COOKS** to complete the transaction. Another USPS clerk agreed to complete the interaction based on her experience working for USPS. That clerk obtained the check and an identification card from **COOKS**, who asked to cash the check in exchange for $1000 in U.S. Currency and the remaining balance on a USPS money order. The clerk stated **COOKS** appeared nervous and did not want to relinquish her identification card.

10. The check possessed by **COOKS** was identified as a United States Treasury check number ▮▮▮ with payee listed as "▮▮▮ LOS ANGELES CA 90014 2605" for $2777.70 and dated July 7, 2025. Based on USPIS guidance on U.S. Treasury checks, I know all Treasury checks to be ingested into the mail stream from Business Mail Entry Units (BMEU) at two locations – Kansas City, MO (predominantly mailed to states west of Texas) and Philadelphia, PA (predominantly mailed to states east of Texas). Philadelphia processes all Treasury checks marked "Return to Sender". See below photograph of the suspected stolen Treasury check possessed by COOKS:



11. Upon review of the identification card possessed by **COOKS**, it appeared to be a fraudulent California driver's license bearing a photograph resembling **COOKS**, with the CA DL # N8400520, with the last name "SHIN", first name "HAE JU", address listed as " ▮▮▮▮▮ ▮▮▮▮▮ LOS ANGELES, CA 90014", and date of birth (DOB) listed as "▮▮▮▮▮". I noticed the photograph and typing on the card were blurry and did not have appear to have any authentic security markings observed on most legitimate identification documents currently utilized in the United States. See the below photograph of the suspected fraudulent CA driver's license:



12. Based on these factors, I notified USPIS Task Force Officer Alex Wright and USPI Clint Springer of the situation, provided them with a description of the Suspect Vehicle and of **ONEAL-GILLARD,** and requested they respond to the PO for assistance.

13. I went to the lobby and fully identified myself to **COOKS** and advised her I believed the Treasury Check she attempted to cash was stolen and suspected she was in possession of a fraudulent identification card. I placed **COOKS** into handcuffs and escorted her to the lobby where I immediately advised her of her legal rights, which she waived and agreed to speak to me.

14. **COOKS** stated she was provided with a ride from the Atlanta, GA area and received the check via interactions on Telegram, a secure messaging and audio calling application frequently utilized in mail and check theft schemes. **COOKS** claimed she was on her way to Kentucky for a party at a cabin with friends from a college in Kentucky. **COOKS** initially denied being with anyone until confronted with the observation of **ONEAL-GILLARD** in the Suspect

Vehicle. **COOKS** acknowledged possession of suspected fictitious identification cards and consented to the search of a black hand purse in her possession. I searched the black purse and located a suspected fraudulent United States Passport Card bearing a photograph resembling **COOKS**, with the Passport Card # ▇▇▇ surname listed as "▇▇▇" and given names '▇▇', DOB listed as '▇▇▇', and place of birth (POB) listed as "GEORGIA, U.S.A.". See below photograph of the suspected fraudulent United States Passport Card:



15. I located a U.S. passport in the black purse bearing Passport # ▇▇▇ with the name listed as Andrea Lavina Cooks, DOB listed as ▇▇▇ POB listed as California, and date of issue listed as November 23, 2022. **COOKS** stated this was her real identity. I observed entry/exit/vista stamps for the country of Columbia on July 30, 2023, and August 3, 2023, and for the country of Costa Rica on February 12, 2023. I observed a bulge in the front hoody pocket on **COOKS** person and requested she empty the pocket. **COOKS** removed a large amount of suspected U.S. currency bills.

16. Soon after the detention of **COOKS**, Warren County Sheriff's Deputies and USPIS agents initiated a traffic stop of the Suspect Vehicle located at the Shell gas station across the street from the Post Office. I went across the street where **ONEAL-GILLARD** was already detained by law enforcement. WCSO Deputies had begun a probable cause search of the Suspect Vehicle based on the odor of marijuana prior to my arrival. As I walked behind the back hatch of the Suspect Vehicle, I observed a Glock semi-automatic pistol, which **ONEAL-GILLARD** later claimed belonged to his aunt. An NCIC check of the Suspect Vehicle revealed it was registered to Afiya M. Charles of Fairburn, GA. The vehicle was not reported stolen.

17. WCSO Deputies had previously advised **ONEAL-GILLARD** of his legal rights, which he had waived. I spoke to **ONEAL-GILLARD** and he denied any knowledge of **COOKS**'s activity at the PO. He said he had just met her recently and was only giving her a ride he referred to as a "cash Uber". **ONEAL-GILLARD** stated he was being paid to come to Kentucky, drop **COOKS** off, and return to the Atlanta, GA area. **ONEAL-GILLARD** was found in possession of a New York identification card and was found in possession of three debit cards in his wallet and on his person, with the following names:

- ▓▓▓▓▓ Visa debit card ending in 3865, appeared to be a CashApp card
- ▓▓▓▓▓ (hereafter '▓▓▓▓', Visa debit card ending in 1222, appeared to be Truist Bank
- ▓▓▓▓▓ (hereafter '▓▓▓▓'), MasterCard debit card ending in 5628, appeared to be a Venmo card

**ONEAL-GILLARD** claimed the CashApp card belonged to him, but a friend had placed the other two cards inside his vehicle.

18. I conducted an NCIC check on **ONEAL-GILLARD** which revealed an active protection order for **ONEAL-GILLARD** in Forsyth County, GA. **ONEAL-GILLARD** has the following criminal history:

- 11/26/2017, New York, Criminal Possession of Marijuana, 5th Degree
- 03/23/2018, New York, Possession of Forged Instrument 1st Degree (felony); convicted of Assume Another's Identity (misdemeanor) on 07/06/2020
- 03/31/2021, Fulton County, GA, Possession of Schedule I Substance
- 09/06/2022, Atlanta, GA, Driving While License Suspended or Revoked
- 08/24/2024, Dunwoody, GA, Identity Theft Fraud When Using/Possessing Identifying Info Concerning a Person (felony)
- 08/27/2024, Forsyth County, GA, Financial Transaction Card Fraud (2 felony counts); Theft By Taking
- 02/25/2025, New York, Unauthorized Use of Vehicle 2nd Degree (felony), No License, Seat Belt Violation, Failed To Use Signal Lights
- 07/03/2025, Braselton, GA, Willful Obstruction of Law Enforcement Officers (misdemeanor); Purchase, Possession, Manufacture, Distribution, or Sale of Marijuana (felony); Manufacture, Sale Distribute, Etc. Fals Identification Document 1st Offense (misdemeanor); Forgery 4th Degree (misdemeanor)

19. During the search of the Suspect Vehicle, Dep. Keffer observed a white U.S. Mail First-Class envelope in the driver's side area near the center console which overlaps the floorboard carpet. This would be adjacent to the driver's right leg as seated correctly in the suspect vehicle. See below photograph of the area where the First-Class envelope was located after removal of the envelope:



20. A search of the envelope revealed a United States Treasury check number ▮▮ ▮▮ with payee listed as "▮▮ ▮▮ LOS ALAMITOS, CA 90720 5214" for $2494.00 and dated July 7, 2025. The search of the First-Class envelope also revealed a suspected fraudulent California driver's license bearing a photograph resembling **COOKS**, with the CA DL # P2602283, with the last name "▮▮", first name "▮▮", address listed as "▮▮ LOS ALAMITOS, CA 90720", and DOB listed as "▮▮". See below photographs of the suspected stolen Treasury Check and suspected fraudulent CA driver's license:




21. An NCIC criminal history check was conducted on **COOKS** which revealed the following:

- 12/01/2015, Oakland, CA, Threaten Crime w/Intent to Terrorize; Exhibit Deadly Weapon
- 02/04/2016, Alameda, CA, Exhibit Deadly Weapon: Not Firearm; Prevent/Disuade Witness Threat; Minor Possession Stun Gun: No Consent; Take Vehicle without Consent/Vehicle Theft (all dismissed; wardship for Threaten Crime with Intent to Terrorize)
- 06/10/2016, Oakland, CA, Bench warrant (felony)
- 08/18/2019, Redwood City, CA, Grand Theft: Money/Labor/Prop. (felony); Burglary 2nd Degree
- 10/03/2020, Oakland, CA, Petty Theft - $950 w/ priors (felony); Burglary 2nd Degree (felony); Grand Theft: Money/Labor/Prop. (felony); convicted of Petty Theft (misdemeanor) on 1/11/2022
- 08/13/2022, Atlanta, GA, Driving While License Suspended or Revoked

22. The suspect vehicle was towed, and **ONEAL-GILLARD** and **COOKS** were transported to the BGPD Headquarters for follow-up questioning. TFO Wright advised **COOKS** of her legal rights again due to her detention, which she invoked and requested to speak to an attorney. TFO Wright advised **ONEAL-GILLARD** of his legal rights, which he waived and agreed to speak to TFO Wright and myself.

23. **ONEAL-GILLARD** denied any knowledge or involvement in the suspected stolen Treasury checks after being questioned regarding his history of arrests involving financial crimes. He claimed the Truist Bank debit card and the Venmo debit card were placed inside his vehicle by a friend he called "Wing" and at some point thereafter placed them into his wallet. **ONEAL-GILLARD** stated no charges would be located by law enforcement on the Venmo or Truist debit cards.

24. During **ONEAL-GILLARD**'s interview at BGPD, I was able to reach ▓▓▓ who stated she lived in the Kansas City, MO, she was not a member of Truist Bank, she had never lived in Atlanta, GA or New York, and she did not know **ONEAL-GILLARD**. I attempted to contact ▓▓▓ as well but was unable to make contact with him.

25. During this time, I coordinated with Special Agent (SA) Andrew Wright, US Department of State – Diplomatic Security Service (DSS), who checked the Consular Consolidated Database (CCD). The CCD is the comprehensive database that houses all US passport and US visa records for the United States government. No US card C2152113 had been issued nor had any US passport card been issued to ▇▇▇▇▇▇▇▇ SA Wright examined images of the document purporting to be a US passport card ▇▇▇▇ and noted several visual indicators of it being a fraudulent document. These include the incorrect printing font, inconsistency of the font, incorrect format of several security features and incorrect format and spacing between the data fields on the card. Documents provided by SA Wright indicated **COOKS** listed an Atlanta, GA address as her permanent address on her Application for a U.S. Passport dated November 23, 2022.

26. **COOKS** and was charged by TFO Wright with Kentucky state charges Theft of Identity of Another w/o Consent (2 counts), Criminal Possession of Forged Instrument 2nd Degree (2 counts), and Possession of Stolen Mail (2 counts). **ONEAL-GILLARD** was charged with Theft of Identity of Another w/o Consent (Complicity) (2 counts), Criminal Possession of a Forged Instrument 2nd Degree (Complicity)(2 counts), Possession of Stolen Mail (Complicity)(2 counts), Possession of Marijuana (Enhancement), and Operating on Suspended or Revoked Operator's License. Both were lodged in the Warren County Detention Center in Bowling Green, KY.

## Conclusion

27. Based on the evidence gathered in this investigation, Affiant believes there is sufficient probable cause to arrest **ONEAL-GILLARD** and **COOKS** for violation of 18 U.S.C § 371 (Conspiracy) and 18 U.S.C. § 510(b) (Forging endorsements on Treasury checks or bonds

or securities of the United States).

FURTHER AFFIANT SAYETH NAUGHT.

*/s/ Brian Coyt*

---
Brian Coyt
U.S. Postal Inspector
AFFIANT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email submission on this the 25th day of July 2025.

---
H. BRENT BRENNENSTUL
U.S. MAGISTRATE JUDGE